1  MARC P. COOK, ESQ.
   Nevada Bar No. 004574
2  COOK & KELESIS, LTD.
3  517 South Ninth Street
   Las Vegas, Nevada 89101
4  Phone: (702) 737-7702
   Fax: (702) 737-7712
5  E-mail: mcook@bckltd.com
6  *Attorneys for Plaintiff*

7
                        UNITED STATES DISTRICT COURT
8
                             DISTRICT OF NEVADA
9
10

11  LEE BARBER,                                    Case Number
12                                                 2:23-cv-00776-RFB-EJY
                          Plaintiff,
13  v.
14  NRG XPERTS NV LLC, a Nevada Limited-
15  Liability Company; JEFFREY B. IVERSON, an      **STIPULATION AND ORDER TO**
    individual; BREANN MCCULLOCH, an               **DISMISS WITH PREJUDICE**
16  individual; JESSE MCCULLOCH, an
    individual; and DOE INDIVIDUALS I through
17  XX, inclusive; ROE ENTITIES I through XX,
18  inclusive,

19                        Defendants.

20      Plaintiff, Lee Barber, by and through his counsel of record, Marc P. Cook, Esq. of the law
21
    firm of Cook & Kelesis, Ltd. and Defendants, NRG Xperts NV LLC, Jeffrey B. Iverson, Breann
22
23  McCulloch, and Jesse McCulloch (hereinafter "Defendants"), by and through their counsel of

24  record, Michael C. Van, Esq. of VC2 Law Group, hereby stipulate and agree as follows:

25      **IT IS HEREBY STIPULATED** that Defendants NRG Xperts NV LLC, Jeffrey B.
26  Iverson, Breann McCulloch, and Jesse McCulloch, shall be dismissed with prejudice from the
27
28

                                         1

above-entitled action, with each party to bear their own attorney's fees and costs.

DATED this 7 day of November, 2023.          DATED this 6 day of November, 2023.

COOK & KELESIS, LTD.                          VC2 LAW

_____                  _____
MARC P. COOK, ESQ.                            MICHAEL C. VAN, ESQ.
517 S. Ninth Street                           8985 S. Eastern Avenue, Ste. 100
Las Vegas, Nevada 89101                       Las Vegas, Nevada 89123
*Counsel for Plaintiff*                       *Counsel for Defendants*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: _December 19, 2023._